FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

05-1326

Plaintiff(s) or Petitioner(s) Abba International, Inc., et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

Post Office Box:

Street Address: 815 Connecticut Avenue, Suite 500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: (202) 833-8884

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [3] [4]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [D] [O] [D]

See attached sheet for three digit codes.

Amount Claimed: $ To be proven.

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) __________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Plaintiffs

Abba International, Inc.
Quality Movers Express, Inc.
Trace International, Inc.
H&B Forwarding, Inc. d/b/a Axis International
AFS, Inc. d/b/a A&B Transportation
Pacific Movers, Inc.
Urban Van Lines, LLC
Volunteer Van Lines, LLC
Academy Van & Storage Co., Inc.
Accent Relocation Service, Inc.